UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE PARKER #593090,

     Plaintiff,

                                      Case No. 1:22-cv-1075

v.

                                      HONORABLE PAUL L. MALONEY

BRIAN TENHOV,

     Defendant.

_____/

## JUDGMENT

In accordance with the jury verdict returned and entered on August 7, 2026, and pursuant

to Federal Rule of Civil Procedure 58, judgment hereby enters.

**IT IS SO ORDERED.**


Dated:  August 7, 2026                                   /s/ Paul L. Maloney
                                                Paul L. Maloney
                                                United States District Judge